UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. GERNETH, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CHIASMA, INC., et al.,<br><br>      Defendants. | ) No. 1:16-cv-11082-DJC<br>)<br>) <u>CLASS ACTION</u><br>)<br>) LEAD PLAINTIFF'S UNOPPOSED<br>) MOTION FOR PRELIMINARY APPROVAL<br>) OF CLASS ACTION SETTLEMENT<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that upon the Stipulation of Settlement dated February 27, 2019, submitted herewith; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiff Laurent Sberro respectfully submits this motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Class and appointing Lead Plaintiff as class representative and Lead Counsel as class counsel for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and litigation expenses.  Attached hereto as Exhibit 1 is a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

Defendants do not oppose the relief requested in this Motion.

DATED:  March 1, 2019　　　　　　　HUTCHINGS BARSAMIAN MANDELCORN, LLP
　　　　　　　　　　　　　　　　　　THEODORE M. HESS-MAHAN, BBO #557109


　　　　　　　　　　　　　　　　　　　　*s/ Theodore M. Hess-Mahan*
　　　　　　　　　　　　　　　　　　THEODORE M. HESS-MAHAN

110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Liaison Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
　& DOWD LLP
ELLEN GUSIKOFF STEWART
RYAN A. LLORENS
CHRISTOPHER D. STEWART
AUSTIN P. BRANE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
ryanl@rgrdlaw.com
cstewart@rgrdlaw.com
abrane@rgrdlaw.com

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
WILLIAM W. STONE
MARY ELLEN CONNER
40 Powder Springs Street
Marietta, GA 30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com
williams@johnsonfistel.com
maryellenc@johnsonfistel.com

Lead Counsel for Lead Plaintiff

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify pursuant to Local Rule 7.1(a)(2) that I have been advised by Lead Counsel that they have conferred in good faith with opposing counsel on the matter set forth herein and that opposing counsel do not oppose the relief sought in this motion.

*/s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN, BBO #557109

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Court's Manual Notice List.

*/s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN, BBO #557109
