UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. GERNETH, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>CHIASMA, INC., et al.,<br><br>                  Defendants. | No. 1:16-cv-11082-DJC<br><br>CLASS ACTION<br><br>LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, PAYMENT OF EXPENSES, AND AN AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §77z-1(a)(4) |

PLEASE TAKE NOTICE that on June 27, 2019, at 11:00 a.m. at the United States District Court for the District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, Lead Counsel, Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP (collectively, "Lead Counsel"), will respectfully move this Court, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, for entry of an order: (a) awarding attorneys' fees; (b) paying litigation expenses incurred by Lead Plaintiff's Counsel; and (c) awarding Lead Plaintiff pursuant to the Private Litigation Securities Reform Act of 1995.

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Lead Counsel submit and are filing herewith: the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Expenses, and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4); the Declaration of Ryan A. Llorens and Michael I. Fistel, Jr. in Support of: (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of the Plan of Allocation, and Final Certification of the Class for Settlement Purposes; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees, Payment of Expenses, and an Award to Lead Plaintiff

Pursuant to 15 U.S.C. §77z-1(a)(4); the Declaration of Mishka Ferguson; the Declaration of Laurent

E. Sberro; and the Declarations of Lead Plaintiff's Counsel.

A proposed order will be submitted with Lead Counsel's reply submission on June 20, 2019.

DATED:  May 23, 2019                    Respectfully submitted,

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        ELLEN GUSIKOFF STEWART
                                        RYAN A. LLORENS
                                        CHRISTOPHER D. STEWART


                                                s/ Ellen Gusikoff Stewart
                                        ELLEN GUSIKOFF STEWART

                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)
                                        elleng@rgrdlaw.com
                                        ryanl@rgrdlaw.com
                                        cstewart@rgrdlaw.com

                                        JOHNSON FISTEL, LLP
                                        FRANK J. JOHNSON
                                        655 West Broadway, Suite 1400
                                        San Diego, CA  92101
                                        Telephone:  619/230-0063
                                        619/255-1856 (fax)
                                        frankj@johnsonfistel.com

                                        JOHNSON FISTEL, LLP
                                        MICHAEL I. FISTEL, JR.
                                        WILLIAM W. STONE
                                        MARY ELLEN CONNER
                                        40 Powder Springs Street
                                        Marietta, GA 30064
                                        Telephone:  470/632-6000
                                        770/200-3101 (fax)
                                        michaelf@johnsonfistel.com
                                        williams@johnsonfistel.com
                                        maryellenc@johnsonfistel.com

                                        Lead Counsel for Lead Plaintiff

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Liaison Counsel for Lead Plaintiff

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on May 23, 2019, I authorized the electronic

filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the registered participants as identified on the Notice of Electronic

Filing (NEF) and papers copies will be sent to those indicated as non-registered participants on

May 23, 2019.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  EllenG@rgrdlaw.com