UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN J. GERNETH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CHIASMA, INC., et al.,

Defendants.

No. 1:16-cv-11082-DJC

CLASS ACTION

~~[PROPOSED~~] ORDER APPROVING PLAN OF ALLOCATION

This matter came for hearing on June 27, 2019 (the "Settlement Hearing"), on Lead Plaintiff's motion to determine, among other things, whether the proposed plan of allocation of the Net Settlement Fund (the "Plan of Allocation") created by the settlement achieved in the above-captioned securities class action (the "Litigation") should be approved.

The Court, having considered all matters submitted to it at and prior to the Settlement Hearing and otherwise; and it appearing that notice of the Settlement Hearing, substantially in the form approved by the Court, was mailed to all Class Members or their nominees who or which could be identified with reasonable effort, and that a summary notice of the hearing, substantially in the form approved by the Court, was published in *Investor's Business Daily* and transmitted over *Business Wire* pursuant to the specifications of the Court; and the Court having considered and determined the fairness and reasonableness of the proposed Plan of Allocation:

IT IS HEREBY ORDERED THAT:

1. This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Stipulation of Settlement (ECF No. 197, the "Stipulation") and all terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Litigation and all parties to the Litigation, including all Class Members.

3. Notice of Lead Plaintiff's motion for approval of the proposed Plan of Allocation was given to all Class Members or their nominees who or which could be identified with reasonable effort. The form and method of notifying the Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of due process and Rule 23 of the Federal Rules of Civil

Procedure, and constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all Persons entitled thereto.

4. The Court hereby finds and concludes that the formula for the calculation of claims as set forth in the Plan of Allocation mailed to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Class Members with due consideration having been given to administrative convenience and necessity.

5. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Class. Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiff.

6. The Court has reviewed the letter filed by Michael Romanovsky and finds that Mr. Romanovsky has no standing to object to the Plan of Allocation, as he is not a member of the Class. Nevertheless, the Court has considered the arguments regarding the Plan of Allocation made in Mr. Romanovsky's letter and finds them to be without merit.

7. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

IT IS SO ORDERED.

DATED: June 27, 2019

Denise J. Casper
THE HONORABLE DENISE J. CASPER
UNITED STATES DISTRICT JUDGE